UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL TOLBERT,

    Plaintiff,

v.

D. CLARKS, JOHN EVANS, and SHERRY HILE,

    Defendants.

Case No. 06-cv-527-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants D. Clarks, John Evans, and Sherry Hile and against plaintiff Michael Tolbert.

DATED: December 11, 2008        NORBERT JAWORSKI

                                          By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**